UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT CASSIDY                   )
               Plaintiff,     )
                         )
v.                          )     **JUDGMENT**
                         )     No. 5:23-CV-452-FL
CREDIT CONTROL, LLC    )
               Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for on its own initiative upon plaintiff's failure to comply with court order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 14, 2023, that this case is dismissed WITHOUT PREJUDICE for failure to comply with the court's order and failure to demonstrate good cause under Rule 4(m).

**This Judgment Filed and Entered on December 14, 2023, and Copies To:**
Arthur H. Piervincenti  (via US CM/ECF Notice of Electronic Filing)


December 14, 2023           PETER A. MOORE, JR. CLERK


                                 /s/ Sandra K. Collins
                           (By) Sandra K. Collins, Deputy Clerk